IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. CARTER,<br><br>                Plaintiff,<br><br>vs.<br><br>MIKE FOLEY, individually and in his official capacity as Nebraska State Auditor; JAMES PILLEN, individually and in his official capacity as Nebraska Governor; CONNIE EDMOND, CLARICE JACKSON, TRAVON BROOKS, MALINDA WILLIAMS, Director Omaha 100; QUENTIN BROWN, Executive Director of Educare of Lincoln; GLENN FREEMAN, DEMOINE ADAMS, Executive Director of Teammates; CANDACE REID, DOROTHY JOHNSON, TONI CLARKE, Executive Director of Assure Women's Center; TIM CLARK, Commission Chair; VERNON J., ALLISON SMITH, KETV Omaha (Hearst Communication); DONNA COOK, SHANTEL TRAMP, ROBERT EVANS, Individually and in his official capacity as Mayor of the City of Crofton; and DOES 1-25 INCLUSIVE,<br><br>                Defendants. | **8:25CV519**<br><br>**ORDER** |

      Plaintiff John Carter, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

      IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine

whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 28th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge